1  John D. Vaughn, State Bar No. 171801
2  Jeffrey A. Feasby, State Bar No. 208759
   Christopher W. Rowlett, State Bar No. 257357
3  **PEREZ VAUGHN & FEASBY**
   600 B Street, Suite 2100
   San Diego, California 92101
4  Telephone:  619.702.8044
   Facsimile:  619.460.0437
5  E-Mail:  vaughn@pvflaw.com

6  Peter R. Rosenzweig, *pro hac vice*
   **KLEINBARD LLC**
7  Three Logan Square
   1717 Arch Street, 5th Floor
8  Philadelphia, PA 19103
   Telephone:  267.443.4120
9  Facsimile:  215.568.0140
   E-Mail:  prosenzweig@kleinbard.com
10
   Attorneys for Plaintiffs, Antonio Jefferson, Wayne Lewis, and Gregory Brown
11
   Howard A. Sagaser, State Bar No. 72492
12 Ian B. Wieland, State Bar No. 285721
   **SAGASER, WATKINS & WIELAND, PC**
13 5260 North Palm Avenue, Suite 400
   Fresno, California 93704
14 Telephone:  (559) 421-7000
   Facsimile:   (559) 473-1483
15 E-Mail:  ian@sw2law.com

16 Nichole D. Atallah, Esq., *pro hac vice*
   Matthew E. Feinberg, Esq., *pro hac vice*
17 Timothy F. Valley, Esq., *pro hac vice*
   **PILIEROMAZZA PLLC**
18 888 17th Street, N.W., 11th Floor
   Washington, D.C. 20006
19 Telephone: (202) 857-1000
   Facsimile: (202) 857-0200
20 E-Mail:  mfeinberg@pilieromazza.com

21 Attorneys for Defendant, MEC Development, LLC

22

23

24

25

26

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**SECOND JOINT MOTION TO APPROVE SETTLEMENT**
*Jefferson, et al. v. MEC Development, LLC, et al.*
U.S.D.C. E.D.Ca., Case No. 1:17-cv-01394-AWI-JLT

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JEFFERSON, an individual; WAYNE LEWIS, an individual; and GREGORY BROWN, an individual, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>MEC DEVELOPMENT, LLC, et al.,<br><br>            Defendants. | Case No.:      1:17-cv-01394-AWI-JLT<br><br>**SECOND JOINT MOTION TO APPROVE SETTLEMENT**<br><br><br>Date:         April 8, 2019<br>Time:        1:30 p.m.<br>CTRM:     2<br><br>Complaint Filed:  October 13, 2017<br>Trial Date:     N/A |

NOTICE IS HEREBY GIVEN that on April 8, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled court, located at 2500 Tulare Street, Fresno, California 93721, Plaintiffs, ANTONIO JEFFERSON, WAYNE LEWIS, AND GREGORY BROWN (collectively "Plaintiffs"), and Defendant, MEC DEVELOPMENT, LLC and DOES 1-100 (collectively, "Defendant" or "MEC") (hereinafter, Plaintiffs and Defendant may be referred to collectively as "the Parties"), will, and hereby do, move this Honorable Court to approve the settlement reached between the Parties.

The motion is made on the grounds that:

The Parties have reached a fair and reasonable settlement which, if approved, will resolve all claims between them and result in the dismissal of this matter with prejudice. Approval of this settlement by the Court is mandated because Plaintiffs made claims in their Complaint under the Fair Labor Standards Act of 1938, as amended.

//
//
//
//
//
//

**SECOND JOINT MOTION TO APPROVE SETTLEMENT**
*Jefferson, et al. v. MEC Development, LLC, et al.*
U.S.D.C. E.D.Ca., Case No. 1:17-cv-01394-AWI-JLT

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

This motion will be based on this notice of motion, the supporting memorandum of points and authorities, and on the records and file herein and on such other evidence or argument as may be presented at the hearing on the motion.

Dated:        March 26, 2019                **PEREZ, VAUGHN & FEASBY**

By:    /s/ Christopher W. Rowlett
      John D. Vaughn, Esq.
      Christopher W. Rowlett, Esq.

**KLEINBARD LLC**

By:    /s/ Peter R. Rosenzweig
      Peter R. Rosenzweig, Esq.

Attorneys for Plaintiffs Antonio Jefferson, Wayne Lewis, and Gregory Brown

**SAGASER, WATKINS & WIELAND, PC**

By:    /s/ Ian B. Wieland
      Howard A. Sagaser, Esq.
      Ian B. Wieland, Esq.

**PILIEROMAZZA PLLC**

By:    /s/ Matthew E. Feinberg
      Nichole D. Atallah, Esq.
      Matthew E. Feinberg, Esq.
      Timothy F. Valley, Esq.

Attorneys for Defendants,
MEC Development LLC and Does 1-100

**SECOND JOINT MOTION TO APPROVE SETTLEMENT**
*Jefferson, et al. v. MEC Development, LLC, et al.*
U.S.D.C. E.D.Ca., Case No. 1:17-cv-01394-AWI-JLT

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**PROOF OF SERVICE**

(FRCP(5))

WASHINGTON, DISTRICT OF COLUMBIA

I am employed in Washington, District of Columbia.  I am over the age of 18 years and am not a party to the within action; my business address is 888 17th Street, N.W., 11th Floor, Washington, D.C. 20006.

On March 26, 2019, I served the following document(s) described as **SECOND JOINT MOTION TO APPROVE SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐    **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐    **BY OVERNIGHT COURIER:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed it to the parties shown herein.  I placed the envelope or package at my place of employment in accordance with regular business practices for collection and overnight delivery.

☐    **BY FAX**: Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List.  No error was reported by the fax machine that I used.  A copy of the fax transmission will be maintained with the original document at this office.

☐    **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope.  I caused said envelope to be handed to our messenger service to be delivered by hand to the parties shown herein.

☑    **BY EMAIL:** I sent such document by use of email to the email address(es) above.  (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 26, 2019, at Washington, District of Columbia.

_____
Matthew E. Feinberg, Esq.

1
**SECOND JOINT MOTION TO APPROVE SETTLEMENT**
*Jefferson, et al. v. MEC Development, LLC, et al.*
U.S.D.C. E.D.Ca., Case No. 1:17-cv-01394-AWI-JLT

**SERVICE LIST**

John D. Vaughn                          Peter R. Rosenzweig
Jeffrey A. Feasby                       Kleinbard LLC
Christopher W. Rowlett                   1650 Market Street
Perez Vaughn & Feasby                   Philadelphia, PA 19103
600 B Street, Suite 2100
San Diego, CA 92101

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

2

**SECOND JOINT MOTION TO APPROVE SETTLEMENT**
*Jefferson, et al. v. MEC Development, LLC, et al.*
U.S.D.C. E.D.Ca., Case No. 1:17-cv-01394-AWI-JLT