# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JEFFERSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MEC DEVELOPMENT, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01394 AWI JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 32) |

On December 3, 2019 the parties filed a stipulation indicating the action should be dismissed without prejudice. (Doc. 32) Federal Rules of Civil Procedure 41(a)(1)(A)(ii) allows that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　　Dated: __December 4, 2019__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE